UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ANDY COSENTINO,<br><br>STATE OF WASHINGTON, *ex rel.* ANDY COSENTINO,<br><br>Plaintiffs,<br><br>v.<br><br>SWEDISH HEALTH SYSTEM, et al.,<br><br>Defendants. | CASE NO.  C19-86 RSM<br><br>**FILED UNDER SEAL**<br><br>**ORDER** |

The United States of America and the and the State of Washington (collectively, the "Governmental Entities") have filed an e*x parte* Application for an order partially lifting the seal in this case so that they may, at their discretion, (a) inform Defendants of the existence of this *qui tam* action and (b) provide Defendants with a copy of the Complaint.  Such an extension of time is expressly contemplated by the False Claims Act and the Washington State Medicaid Fraud False Claims Act, which provide that the United States and the State of Washington, respectively, "may, for good cause shown" move the Court for extensions of time.  31 U.S.C. § 3730(b)(3); RCW

ORDER - 1
(19-CV-86-RSM)
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   74.66.050(3).  The Court finds that the e*x parte* Application establishes good cause.  Additionally,

2   The Court is satisfied that a partial lifting of the seal is consistent with the seal provisions of the

3   False Claims Act and may expedite the Governmental Entities' investigation and possible resolution

4   of this matter.

5         Accordingly, it is hereby ORDERED that the Governmental Entities' *Ex Parte* Application

6   for Partial Lifting of Seal shall be granted in order that the Governmental Entities, in their discretion,

7   may disclose the existence of this *qui tam* action and provide a copy of the Complaint to Defendants.

8   The Clerk shall otherwise maintain the Complaint and other filings under seal for the duration of the

9   Governmental Entities' investigation or until otherwise ordered by the Court.

10

11  DATED this 22nd day of February 2019.

12

13             RICARDO S. MARTINEZ
           CHIEF UNITED STATES DISTRICT JUDGE

14

15

16  Presented by:

17

18  */s/ Kayla C. Stahman*
KAYLA C. STAHMAN, CA #228931
Assistant United States Attorney
19  United States Attorney's Office       */s/ Nickolas Bohl*
700 Stewart Street, Suite 5220         NICKOLAS BOHL, WSBA #48978
20  Seattle, Washington 98101-1271         Assistant Attorney General
Phone:  206-553-7970                   Washington Office of the Attorney General
21  Fax:    206-553-4067                   800 5th Avenue, Suite 2000
Email:  kayla.stahman@usdoj.gov        Seattle, WA 98104
22                                                 Phone:  206-389-3837
                                               E-Mail:  nickb1@atg.wa.gov

23

ORDER - 2
(19-CV-86-RSM)
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970