UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF WASHINGTON, *ex rel.* ANDY COSENTINO,<br><br>                Plaintiff,<br>  v.<br><br>SWEDISH HEALTH SYSTEM, et al.,<br><br>                Defendant. | CASE NO. 2:19-cv-00086-TL<br><br>*SEALED*<br><br>ORDER |

    The United States and the State of Washington (collectively, the "Governmental Entities") have filed an *Ex Parte* Application for an Extension of Time to Consider Election to Intervene, in which the Governmental Entities seek a six (6) month extension of time, until June 18, 2022, to notify the Court whether they intend to intervene in this *qui tam* lawsuit. Such an extension of time is expressly contemplated by the False Claims Act and the Washington State Medicaid Fraud False Claims Act, which provide that the United States and the State of Washington, respectively, "may, for good cause shown, move the Court for extensions of . . .

ORDER - 1

1  time," 31 U.S.C. § 3730(b)(3); RCW 74.66.050(3). The Court finds that the *Ex Parte*

2  Application establishes good cause.

3      Accordingly, it is hereby ORDERED that the Governmental Entities shall have until June

4  18, 2020 to notify the Court of their decision whether or not to intervene in this *qui tam* action.

5  The Clerk shall maintain the Complaint and other filings under seal for the duration of the

6  Governmental Entities' investigation.

7      Dated this  6  day of January, 2022.

Tana Lin
United States District Judge

ORDER - 2