The Honorable Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF WASHINGTON, *ex rel.* ANDY COSENTINO,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>SWEDISH HEALTH SYSTEM, et al.,<br><br>　　　　　　　　Defendants. | CASE NO. 19-CV-86-TL<br><br>**FILED UNDER SEAL**<br><br>ORDER |

The United States and the State of Washington (collectively, the "Governmental Entities") have filed an *Ex Parte* Application for an Extension of Time to Consider Election to Intervene, in which the Governmental Entities seek a two-month extension of time, until June 19, 2023, to notify the Court whether they intend to intervene in this *qui tam* lawsuit. Such an extension of time is expressly contemplated by the False Claims Act and the Washington State Medicaid Fraud False Claims Act, which provide that the United States and the State of Washington, respectively, "may, for good cause shown, move the Court for extensions of . . . time," 31 U.S.C. § 3730(b)(3); RCW 74.66.050(3). The Court finds that the E*x Parte* Application establishes good cause.

ORDER - 1
CASE NO. 19-CV-86-TL
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Accordingly, it is hereby ORDERED that the Governmental Entities shall have until June 19, 2023, to notify the Court of their decision whether or not to intervene in this *qui tam* action. The Clerk shall maintain the Complaint and other filings under seal for the duration of the Governmental Entities' investigation.

DATED this 18th day of April, 2023.

Tana Lin
United States District Judge

Presented by:

*s/ Kayla C. Stahman*
KAYLA C. STAHMAN, CA #228931
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  206-553-7970
Fax:    206-553-4067
Email:  kayla.stahman@usdoj.gov

*s/ Nickolas Bohl*
NICKOLAS BOHL, WSBA #48978
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  206-553-7970
Fax:    206-553-4067
Email:  nickolas.bohl@usdoj.gov

*s/Matthew Kuehn*
MATTHEW KUEHN, WSBA #30419
Assistant Attorney General
Office of the Attorney General of Washington State
Medicaid Fraud Control Division
P.O. Box 40114
Olympia, WA 98504-0124
Phone: 360-586-8888
E-mail: matthew.kuehn@atg.wa.gov

ORDER - 2
CASE NO.  19-CV-86-TL
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970