The Honorable Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF WASHINGTON, *ex rel.* ANDY COSENTINO,<br><br>Plaintiffs,<br><br>v.<br><br>SWEDISH HEALTH SYSTEM, et al.,<br><br>Defendants. | CASE NO. 19-CV-86-TL<br><br>[PROPOSED] ORDER |

The Court, having considered Relator's Notice of Dismissal and the Governmental Entities' Consent to Dismissal, hereby ORDERS, pursuant to 31 U.S.C. § 3730(b)(1) and Wash. Rev. Code § 74.66.050(1), that all of the claims set forth in the Complaint shall be dismissed against the Defendants without prejudice to the United States, and without prejudice to the State of Washington.

DATED this 23rd day of June, 2023.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

[PROPOSED] ORDER - 1
CASE NO. 19-CV-86-TL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Presented by:

*s/ Kayla C. Stahman*
KAYLA C. STAHMAN, CA #228931
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  206-553-7970
Fax:       206-553-4067
Email:  kayla.stahman@usdoj.gov


*s/ Nickolas Bohl*
NICKOLAS BOHL, WSBA #48978
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  206-553-7970
Fax:       206-553-4067
Email:  nickolas.bohl@usdoj.gov


*s/ Matthew Kuehn*
MATTHEW KUEHN, WSBA #30419
Assistant Attorney General
Office of the Attorney General of Washington State
Medicaid Fraud Control Division
P.O. Box 40114
Olympia, WA 98504-0124
Phone: 360-586-8888
E-mail: matthew.kuehn@atg.wa.gov

[PROPOSED] ORDER - 2
CASE NO.  19-CV-86-TL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970